# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 17, 2025

Lyle W. Cayce
Clerk

No. 24-50915
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Eduardo Rubio,

*Defendant—Appellant*.

———————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CR-1429-1

———————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Eduardo Rubio has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rubio has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as

———————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50915

Rubio's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.